IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

SHAN STAMPER,

    Plaintiff,

v.

DR. THOMAS WILLIAMS,
BETH DITTMAN, DR. GLEN
HEINZL, DR. BRETT REYNOLDS
and CANDACE WARNER,

    Defendants.

JUDGMENT IN A CIVIL CASE

10-cv-334-wmc

---

This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that judgment is entered granting summary judgment in favor of defendants Dr. Thomas Williams, Beth Dittman, Dr. Glen Heinzl, Dr. Brett Reynolds and Candace Warner and dismissing this case without prejudice for plaintiff's failure to exhaust his administrative remedies.

_____      11/9/2011
Peter Oppeneer, Clerk of Court      Date